**FILED**
CLERK, U.S. DISTRICT COURT

05/22/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DVE _____ DEPUTY

**UNDER SEAL**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>SHAW WARRINGTON,<br>  aka "EnjoymyP3NIS,"<br><br>        Defendant. | No. 8:24-cr-00060-FWS<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 2422(b): Attempted Enticement of a Minor to Engage in Criminal Sexual Activity; 18 U.S.C. §§ 2251(a), (e): Attempted Production of Child Pornography; 18 U.S.C. § 2260A: Commission of a Felony Offense Involving a Minor While Required to Register as a Sex Offender; 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2): Possession of Child Pornography; 18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition; 18 U.S.C. § 924(d)(1), 18 U.S.C. § 2253, 18 U.S.C. § 2428, and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 2422(b)]

Beginning on or about January 10, 2023 and continuing to on or about February 7, 2023, in Orange County, within the Central District of California, defendant SHAW WARRINGTON, also known as

1 "EnjoymyP3NIS," used a facility and means of interstate and foreign

2 commerce, namely, the Internet and website Reddit, to knowingly

3 attempt to persuade, induce, entice, and coerce an individual who had

4 not attained the age of 18 years, namely, a person he believed to be

5 a 13-year-old minor girl ("Minor #1"), to engage in sexual activity

6 for which a person can be charged with a criminal offense, namely,

7 (1) the production of child pornography, in violation of California

8 Penal Code Section 311.4(c) and Title 18, United States Code, Section

9 2251(a); (2) lewd and lascivious acts upon a child under 14 years of

10 age, in violation of California Penal Code Section 288(a); and

11 (3) unlawful sexual intercourse with a person under 16 years of age

12 by a person 21 years of age or older, in violation of California

13 Penal Code Section 261.5(d).

14      In attempting to commit this offense, on or about the following

15 dates, defendant WARRINGTON committed at least one substantial step

16 toward committing this offense, including, among others, the

17 following:

18      1.   On or before January 10, 2023, defendant WARRINGTON,

19 operating as Reddit user "EnjoymyP3NIS," posted an advertisement on

20 Reddit titled, "32[M4F] #Orange County, Ca ANY 'Xsmall' girls or

21 'Virgins' want Sex?"

22      2.   On January 10, 2023, Minor #1 responded to defendant

23 WARRINGTON's Reddit advertisement and told defendant WARRINGTON she

24 was "in 8th grade," to which defendant WARRINGTON responded that her

25 age was "Not a big deal."

26      3.   On January 11 and January 14, 2023, defendant WARRINGTON

27 messaged Minor #1 on Reddit asking her to let him know if she wanted

28 to have sex and if she would "like to get some practice."

4.    Between January 25 and January 30, 2023, despite Minor #1 telling defendant WARRINGTON she was 13 years old, defendant WARRINGTON continued to message Minor #1 on Reddit asking to meet up to engage in sexual activities, telling Minor #1 "Id love to meet, only when you're ready?", describing to Minor #1 how he planned to have sex with her, and asking Minor #1 for a "naked" picture of her body.

5.    On February 1, 2023, defendant WARRINGTON messaged Minor #1 on Reddit asking Minor #1 to send him a nude picture exposing her genitals or her breasts.

6.    Between February 1 and 2, 2023, despite Minor #1 again reminding defendant WARRINGTON she was 13 years old, defendant WARRINGTON messaged Minor #1 on Reddit to plan a time to meet to have sex.

7.    On February 2, 2023, defendant WARRINGTON messaged Minor #1 on Reddit asking Minor #1 to send a nude photo exposing her buttocks and telling Minor #1 that he planned to film them having sex.

8. Between February 3 and February 6, 2023, defendant WARRINGTON further discussed meeting Minor #1 to have sex and agreed to meet with Minor #1 after school while her mother was working so he could have sex with Minor #1.

9.    On February 7, 2023, defendant WARRINGTON drove to the shopping center in Newport Beach, California with the intent to meet Minor #1 for the purpose of engaging in illegal sexual activity with her, namely, sexual intercourse with a minor.

10.   On February 6, 2023, defendant WARRINGTON agreed to meet with Minor #1 on February 7, 2023 at 4:00 p.m. at a shopping center

1  in Newport Beach, California, which was near Minor #1's home, so that

2  defendant WARRINGTON could have sex with Minor #1.

4

1              COUNT TWO

2          [18 U.S.C. §§ 2251(a), (e)]

3      Beginning on or about January 10, 2023 and continuing to on or

4  about February 1, 2023, in Orange County, within the Central District

5  of California, defendant SHAW WARRINGTON, also known as

6  "EnjoymyP3NIS," knowingly attempted to employ, use, persuade, induce,

7  entice, and coerce a person he believed to be a 13-year-old minor

8  girl to engage in sexually explicit conduct, namely, lascivious

9  exhibition of the genitals, as defined in Title 18, United States

10 Code, Section 2256(2)(A)(iv), that is, to take a picture of her

11 genitals with her legs spread open, for the purpose of producing a

12 visual depiction of such conduct, knowing and having reason to know

13 that such visual depiction would be transported and transmitted using

14 any means and facility of interstate and foreign commerce and in and

15 affecting interstate and foreign commerce.

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT THREE

[18 U.S.C. § 2260A]

From on or about January 10, 2023, and continuing to on or about February 7, 2023, in Orange County, within the Central District of California, defendant SHAW WARRINGTON, also known as "EnjoymyP3NIS," being required by California law to register as a sex offender, committed a felony offense involving a minor in violation of Title 18, United States Code, Sections 2422(b) and 2251(a), (e), namely, Attempted Enticement of a Minor to Engage in Criminal Sexual Activity, as charged in Count One of this Indictment, and Attempted Production of Child  Pornography, as charged in Count Two of this Indictment.

COUNT FOUR

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about February 7, 2023, in Orange County, within the Central District of California, defendant SHAW WARRINGTON, also known as "EnjoymyP3NIS," knowingly possessed a Samsung Galaxy S8 cellphone, with serial number 988a9c44304b573454, that contained at least two images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), at least one of which images involved prepubescent minors and minors who had not attained 12 years of age, that had been produced using materials that had been transported in and affecting interstate and foreign commerce by any means, including a cellular telephone, knowing that the images were child pornography.

The child pornography that defendant WARRINGTON knowingly possessed consisted of the following:

1.   An image titled "thumb_show(1).php"; and

2.   An image titled "thumb_show.php."

1              COUNT FIVE

2           [18 U.S.C. § 922(g)(1)]

3       On or about February 7, 2023, in Orange County, within the

4   Central District of California, defendant SHAW WARRINGTON, also known

5   as "EnjoymyP3NIS," knowingly possessed a firearm, namely, a Browning

6   Arms Company 9mm pistol, bearing serial number 511MN51653, and

7   ammunition, namely, twelve rounds of RWS 9mm ammunition, one round of

8   Winchester 9mm ammunition, and 350 rounds of Cascade Cartridges Inc.

9   9mm ammunition, in and affecting interstate and foreign commerce.

10      Defendant WARRINGTON possessed such firearm and ammunition

11  knowing that he had previously been convicted of a felony crime

12  punishable by a term of imprisonment exceeding one year, namely,

13  Meeting a Minor with Intent to Engage in Lewd Conduct, in violation

14  of California Penal Code Section 288.4(b), in the Superior Court for

15  the State of California, County of Orange, case number 12HF0391, on

16  or about February 8, 2013.

17

18

19

20

21

22

23

24

25

26

27

28

FORFEITURE ALLEGATION ONE

[18 U.S.C. § 2428]

1.    Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 2428, in the event of the defendant's conviction of the offense set forth in Count One of this Indictment.

2.    The defendant, if so convicted, shall forfeit to the United States of America the following property:

(a)    All right, title, and interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of any such offense;

(b)    All right, title, and interest in any property, real or personal, constituting or derived from any proceeds obtained directly or indirectly from any such offense; and

(c)    To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a) and (b).

3.    Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), the defendant, if so convicted, shall forfeit substitute property, up to the total value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to or deposited with a third party;

///

1   (c) has been placed beyond the jurisdiction of the court; (d) has

2   been substantially diminished in value; or (e) has been commingled

3   with other property that cannot be divided without difficulty

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                   FORFEITURE ALLEGATION TWO

2                      [18 U.S.C. § 2253]

3      1.    Pursuant to Rule 32.2 of the Federal Rules of Criminal

4   Procedure, notice is hereby given that the United States of America

5   will seek forfeiture as part of any sentence, pursuant to Title 18,

6   United States Code, Section 2253, in the event of the defendant's

7   conviction of the offense set forth in Count Three of this

8   Indictment.

9      2.    The defendant, if so convicted, shall forfeit to the United

10   States of America the following property:

11          (a)   All right, title, and interest in any visual depiction

12   involved in any such offense, or any book, magazine, periodical, film

13   videotape, or other matter which contains any such visual depiction,

14   which was produced, transported, mailed, shipped or received and

15   involved in any such offense;

16          (b)   All right, title, and interest in any property, real

17   or personal, constituting or traceable to gross profits or other

18   proceeds obtained from such offense;

19          (c)   All right, title, and interest in any property, real

20   or personal, used or intended to be used to commit or to promote the

21   commission of such offense or any property traceable to such

22   property; and

23          (d)   To the extent such property is not available for

24   forfeiture, a sum of money equal to the total value of the property

25   described in subparagraphs (a), (b), and (c).

26      3.    Pursuant to Title 21, United States Code, Section 853(p), as

27   incorporated by Title 18, United States Code, Section 2253(b), the

28   defendant, if so convicted, shall forfeit substitute property, up to

                              11

1   the total value of the property described in the preceding paragraph

2   if, as the result of any act or omission of the defendant, the

3   property described in the preceding paragraph, or any portion

4   thereof: (a) cannot be located upon the exercise of due diligence;

5   (b) has been transferred, sold to or deposited with a third party;

6   (c) has been placed beyond the jurisdiction of the court; (d) has

7   been substantially diminished in value; or (e) has been commingled

8   with other property that cannot be divided without difficulty.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                    FORFEITURE ALLEGATION THREE

2              [18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

3        1.   Pursuant to Rule 32.2 of the Federal Rules of Criminal

4  Procedure, notice is hereby given that the United States of America

5  will seek forfeiture as part of any sentence, pursuant to Title 18,

6  United States Code, Section 924(d)(1), and Title 28, United States

7  Code, Section 2461(c), in the event of the defendant's conviction of

8  the offense set forth in Count Four of this Indictment.

9        2.   The defendant, if so convicted, shall forfeit to the United

10  States of America the following:

11            (a)  All right, title, and interest in any firearm or

12  ammunition involved in or used in any such offense; and

13            (b)  To the extent such property is not available for

14  forfeiture, a sum of money equal to the total value of the property

15  described in subparagraph (a).

16        3.   Pursuant to Title 21, United States Code, Section 853(p),

17  as incorporated by Title 28, United States Code, Section 2461(c), the

18  defendant, if so convicted, shall forfeit substitute property, up to

19  the value of the property described in the preceding paragraph if, as

20  the result of any act or omission of the defendant, the property

21  described in the preceding paragraph or any portion thereof (a)

22  cannot be located upon the exercise of due diligence; (b) has been

23  transferred, sold to, or deposited with a third party; (c) has been

24  ///

25  ///

26

27

28

                                   13

1 | placed beyond the jurisdiction of the court; (d) has been

2 | substantially diminished in value; or (e) has been commingled with

3 | other property that cannot be divided without difficulty.

4

5

6 | A TRUE BILL

7

8 | /s/
_____
Foreperson

9 | E. MARTIN ESTRADA
United States Attorney

10

11

12 | MACK E. JENKINS
Assistant United States Attorney
13 | Chief, Criminal Division

14 | ANNE C. GANNON
Assistant United States Attorney
15 | Chief, Santa Ana Branch Office

16 | GREGORY S. SCALLY
Assistant United States Attorney
17 | Deputy Chief, Santa Ana Branch
Office
18

19 | CAITLIN J. CAMPBELL
Assistant United States Attorney

20

21

22

23

24

25

26

27

28

14